1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    DENZELL METCALF,                          1:23-cv-01069-EPG (PC)

10                   Plaintiff,

11         v.                                   ORDER TO SUBMIT APPLICATION
                                                TO PROCEED *IN FORMA PAUPERIS*
                                                OR PAY FILING FEE WITHIN 45 DAYS
12   JOSE AGUAZO, et al.,

13                   Defendants.

14

15         Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

16   § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in*

17   *forma pauperis* pursuant to 28 U.S.C. § 1915.

18         Accordingly, IT IS ORDERED that:

19         Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21   pay the $402.00 filing fee for this action. **No requests for extension will be granted without a**

22   **showing of good cause**. **Failure to comply with this order will result in dismissal of this**

23   **action.**
     IT IS SO ORDERED.

24

25   Dated:  __July 19, 2023__            _____/s/ Erica P. Grosjean_____

26                                        UNITED STATES MAGISTRATE JUDGE

27

28

                                              1