UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL MAGIC METCALF,<br><br>        Plaintiff,<br><br> v.<br><br>JOSE AGUAZO, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01069-EPG (PC)<br><br>ORDER<br>AMENDING CASE CAPTION |

       Plaintiff Denzell Magic Metcalf is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a complaint on July 18, 2023 (ECF No. 1), followed by filing a First Amended Complaint on September 14, 2023 (ECF No. 8). While Plaintiff made allegations against Carlos Rodriguez in his original complaint (ECF No. 1), Plaintiff's First Amended Complaint did not name Rodriguez as a defendant (ECF No. 8). *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012).

       The Court screened Plaintiff's First Amended Complaint and found that Plaintiff's Eighth Amendment excessive force claims against defendants Jose Aguazo, Taiban, and Albirt or Albert Gibbons, as well as Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against David Miller should proceed past screening. (ECF No. 11). The Court then ordered service of the First Amended Complaint under the Court's E-Service pilot program for civil rights cases by providing paperwork regarding the defendants electronically

to the California Department of Corrections and Rehabilitation (CDCR) and the California Attorney General's Office. (ECF No. 12). As ordered, the CDCR timely filed with the Court the "CDCR Notice of E-Service Waiver" (ECF No. 14) advising the Court that all of the defendants in the E-Service Order (ECF No. 12) will be waiving service of process without the need for personal service by Plaintiff.

The CDCR Notice also provided correct spelling for Defendants' names: Jose Aruayo, Albert Gibbons, Mario Tabian, and David Willer. (ECF No. 14).

Accordingly, **IT IS ORDERED** that:

1) The Clerk of Court is directed to terminate defendant Carlos Rodriguez from the docket and to update the docket to reflect that this action proceeds against Jose Aruayo, Albert Gibbons, Mario Tabian, and David Willer.

2) Future filings shall refer to this case as *Metcalf v. Aruayo, et al.*

IT IS SO ORDERED.

Dated: **April 10, 2024**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE